IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 22 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

MARCUS QUIN BUTLER #2353422
Plaintiff

V.

Valerie Tonche (Prison Guard)
Jennifer Rojas (Prison LVN)
Evangelina Bueno (Prison Guard)
Brittany Thompson (Prison Guard)
Bryan Williams (Prison Head Warden)
Defendant(s)

CIVIL ACTION NO._____

5-23CV-057-H

COMPLAINT

## JURISDICTION

This is a Civil Action Suit authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff Butler seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Butler's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

## VENUE

The Northern District of Texas is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## PLAINTIFF

Plaintiff Marcus Quin Butler is and was at all times mentioned herein a prisoner of the State of Texas in the custody of the Texas Department of Criminal Justice (TDCJ). He is currently confined in Preston E. Smith Unit in Dawson County, Lamesa, Texas

## DEFENDANT(S)

Defendant Valerie Tonche is a correctional officer of the Texas Department of Criminal Justice who, at all times mentioned in this complaint, held the rank of prison guard and was assigned to Preston E. Smith Unit.

Defendant Jennifer Rojas is a nurse of the Texas Department of Criminal Justice who, at all times mentioned in this complaint, held the rank of a LVN and was assigned to Preston E. Smith Unit.

Defendant Evangelina Bueno is a correctional officer of the Texas Department of Criminal Justice who, at all times mentioned in this complaint, held the rank of prison guard and was assigned to Preston E. Smith Unit.

pg 1. MQB

Defendant Brittany Thompson is a correctional officer of the Texas Department of Criminal Justice who, at all times mentioned in this complaint, held the rank of prison guard and was assigned to Preston E. Smith Unit.

Defendant Bryan Williams is the Head Warden of Preston E. Smith Unit. He is legally responsible for the operation of Preston E. Smith Unit and for the welfare of all the inmates of that prison.

Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint, each defendant acted under color of state law.

## FACTS

At all times relevant to this case, Plaintiff Butler is in fear of his life caused by all the defendants mentioned herein this complaint, and the relationship they have with inmates assigned to Preston E. Smith Unit.

Plaintiff Butler had observed and witness defendant Bueno and an inmate go into the officer restroom together (which is not allowed in TDCJ), and both came out face red and sweating all over the place on or about October 16th/17th, 2022. Butler wrote a grievance on then retaliation (#2023010935) of defendant Bueno towards him, that put him on the "Hit List" with other inmates putting his life endanger.

Plaintiff Butler had also observed and witness defendant Tonche in inappropriate relationship with another inmate that is against TDCJ policy, so Butler wrote several grievances #2023047013, #2023060754, #2023049266, #2023074757 and all got over looked.

Plaintiff Butler then had observed and witness defendant Rojas inappropriate relationship with an inmate as well thats been going on for a while now, Butler wrote grievances about this which is still pending over a month now and since then his life been turned upside down.

Plaintiff Butler has notice strange behavior from defendant Thompson towards him since the inmates and officials, started calling him a snitch and a sex offender so she started plotting up with the other defendants Tonche, Rojas, and Bueno. To write him bogus disciplinary infractions (falsifing documents) so he can get his line class drop down from a G2 to a G5 so he will get shipped (transfer) to another unit so the defendants above can continue their misconduct with inmates. Its a "hidden" rule in TDCJ that prison officials words always override an inmate no matter what, everything is one side with the light most favorable to the officials however you look at it.

Plaintiff Butler had tried several times to talk with the prison officails but was waved off and not listen to about what is going on, and up until now he just been called out to do his O.P.I. (Offender Protection Investigation) to get shipped to a new unit. He tried again to tell whats going on with the defendants but was denied that, so when he went to see the (Head Warden) defendant Williams on March 10th, 2023 he again tried to tell him what is going on with the other defendants. Mentioned herein this complaint he just didn't want to hear it but he did put plaintiff Butler on transient status to get shipped to another unit for his protection.

pg2 MCB

## LEGAL CLAIMS

Defendant Tonche had told several inmates that Plaintiff "Butler is a sex offender cause she looked up his charges at home, and he is a snitch yall should beat his ass and keep him away from yall cause he is going to tell I know cause he telling on me". Defendant Tonche had wrote some bogus disciplinary infractions on Plaintiff Butler, for retaliation and to put a bad jacket on his back (rumor) to take the focus off her and her misconduct on video footage. Defendant Tonche action violated Plaintiff Butler rights under Eighth Amendment to the United States Constitution, and emotional distress.

Defendant Rojas had also told several inmate about Plaintiff Butler conviction charges cause she looked him up too, and told all the inmates that he is a Snitched (February 5th, 2023)(seen on video footages) so beat his ass. Putting Butler life endanger as the final straw and at 8:00am that day thats what inmates was trying to do, but he ran out the tank and cause the inmates to steal all of his property from the cell. Defendant Rojas has wrote Plaintiff Butler bogus retaliation disciplinary infractions too, and again to put a bad jacket on his back (rumors) to take the focus off her and her misconduct on video footage. Defendant Rojas action violated Plaintiff Butler rights under Eighth Amendment to the United States Constitution, and emotional distress and property loss.

Defendant Bueno again had told several inmates all about Plaintiff Butler convicion charges cause she looked him up also, and stated he's a snitch yall better watch what yall do around him he is going to get yall in troble. Defendant Bueno had wrote some bogus disciplinary infraction on Plaintiff Butler too, for retaliation also and to put a bad jacket on his back (rumors) to take the focus off her and her misconduct on video footage. Defendant Bueno action violated Plaintiff Butler rights under Eighth Amendment to the United States Constitution, and emotional distress.

Defendant Thompson has gotten alot of bad report in her file so she is out to get all inmates she don't like, by hearing all the negative rumors about Butler and from inmates (the one she is down low with) and other prison officials. She started writing Plaintiff Butler some disciplinary infractions that is bogus and to put a bad jacket on his back (rumors), to retaliate for her prison official friends and to take the focus off her and her misconduct on video footage. Defendant action violated Plaintiff Butler rights under Eight Amendment to the United States Constitution, and emotional distress and false documents.

By witnessing and knowning defendants mentioned herein illegal action, failing to correct that misconduct, and encouraging the continuation of the misconduct, Defendant Williams is also violating Plaintiff Butler rights under Eighth Amendment to the United States Constitution and causing emotional distress.

Plaintiff Butler has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff Butler have been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which Plaintiff seeks. Plantiff Butler can show all the defendants misconduct on the video footage

pg 3 MGB

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully pray that this court enter Judgment:

Granting Plaintiff Butler a declaration that the acts and omissions described herein violated his rights under the Constitution and laws of the United States, and

A preliminary and permanent injunction ordering all the defendants to cease their bogus disciplinary infractions and threating toward Plaintiff Butler, and

Granting Plaintiff Butler replacement or reimbursement against Defendant Williams only under TDCJ policy AD-3.72

Plaintiff Butler seeks his Line 1 and G2 restored and all Disciplinary Infractions the defendants wrote on him to be dismiss and taken off his file records.

Plaintiff also seek a jury trial on all issues triable by jury.

Plaintiff also seek a throughly investigation on all the defendants in this complaint and Reviewing the video footages, and to be shipped to a unit that fit his offense conviction (Boree or Hightower Unit)

Any additional relief this court deems just, proper, and equitable.

Dated: March 13th, 2023

Respectfully Submitted;
Marcus Quin Butler #2353422
Preston E. Smith Unit
1313 CR 19
Lamesa, Tx. 79331

### VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alledge therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Preston E. Smith Unit, Dawson County, Lamesa Texas on March 13th, 2023

*Marcus Quin Butler*
Marcus Quin Butler

# DAWSON COUNTY SHERIFF'S OFFICE
## SHERIFF MATT HOGG
### 401 S. 2ND, LAMESA, TEXAS 79331
### (806)872-7560   FAX (806)872-9396
### EMAIL: matt.hogg@co.dawson.tx.us

**CHIEF DEPUTY RUDY SAUSEDA, JR**                              **ADMIN ASSISTANT MARSHA FERRELL**

01-09-2023

Inmate Marcus Quin Butler
TDCJ # 2353422
Preston Smith Unit
Lamesa, TX. 79331

Re: Complaint

Mr. Butler,
    The Dawson County Sheriff's Office does not investigate staff misconduct on the Smith Unit. Your complaint will be forwarded to the Office of Inspector General, located on the Smith Unit. In the future, please address your complaints to Investigator Hunter, who is an employee of the Office of Inspector General.

Sincerely,

Sheriff Matt Hogg
Dawson County Sheriff's Office

Cc: File

pg. 9 MQB
3-13-23

Marcus Quin Butler TDCJ#2353422
Preston E. Smith Unit
1313 County Road 19
Lamesa, Tx. 79331
(806) 872-6741

Dated: January 5th, 2023 (Today)
RE: To File An Complaint

Dear Santiago Salazar;

    I am a prisoner at the prison listed above in Dawson County and I am writing, because I will like to file an complaint against Prison Official Tonche (I don't know the official first name) for retaliation and discrimination. I tried several times to talk with Warden Williams & Warden Parker about the stituation through communacation forms, but never get pulled out or responded back to me. I even file grievances about the stituation, But everything is one sided here were the Prison Officials words and action over rule an inmate, the Prison Official Tonche has been retaliataing and discriminazing against me every since I wrote grievances about the official misconduct. To where the Prison Official Tonche has wrote me disciplinary cases that is bogus/fraud to get back at me, but I know the matter can get formally resolve if I can get a chance to talk with the Warden in their office. Or if you will call or serve Prison Official Tonche with my complaint because things are starting to get out of hand.

    Thank You for all of your help in this matter

Respectfully Submitted
Marcus Quin Butler

RECEIVED
DAWSON COUNTY SHERIFF'S OFFICE
JAN 09 2023
AT 11:30 AM/PM

pg. 8 MQB
3-13-23

Marcus Quin Butler #2353422
Preston E. Smith Unit
1313 CR 19
Lamesa, Tx. 79331

Dated: March 13th, 2023
RE: Butler v. Tonche, et al
Civil Action Suit For Rights Violation

To The Clerk Of Said Court;
  COMES NOW Marcus Quin Butler, plaintiff in this Civil Action file suit because he's in imminent danger of, serious physical injury on filing this complaint and for bringing this attention of the employee misconduct to light.(Enclosed) Is his complaint Motion For Summons & Plaintiff First Set Of Interrogatories To Defendants, Unsworn Declaration, and my Exibit A: Letters To The Sheriff about him trying to get help the first time but was denied. Will you please date stamp these papers and send a copy to all the defendants in this complaint and one to the courts.
  Thank you for all of your help in this matter

        Respectfully Submitted
        Marcus Quin Butler

RECEIVED
MAR 2 2 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Marcus Q. Butler ✱
Preston E. Smith Unit
1313 CR 19
Lamesa, Tx. 79331

0 2 3 5 3 4 2 2

Legal Mail



RECEIVED
MAR 22 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Office Of The Clerk
Northern District Of Texas
1205 Texas Ave., Rm. 209
Lubbock, Tx. ▒▒▒ 79401



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION