UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

MARCUS QUIN BUTLER,
Institutional ID No. 02353422

    Plaintiff,

v.

VALERIE TONCHE, *et al.*,

    Defendants.

No. 5:23-CV-00057-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g).

Dated March 22, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge